

# TEXAS COURT OF CRIMINAL APPEALS

### Austin, Texas

## M A N D A T E

FILED IN *Sg* COURT OF APPEALS

NOV 1 8 1999

LISA ROMBOK
CLERK, 5th DISTRICT

**TRIAL COURT NO.** W96-02383-L(A)

**COURT OF APPEALS NO.** 05-96-01994-CR

**THE STATE OF TEXAS,**

**TO THE** COURT OF APPEALS FOR THE FIFTH SUPREME JUDICIAL DISTRICT — **GREETINGS:**

Before our **COURT OF CRIMINAL APPEALS**, on the 20th day of OCTOBER, A.D. 1999, the cause upon an

Application for Writ of Habeas Corpus styled;

### EX PARTE GILBERT FLORES ARGUMANIZ

CCRA NO. 73,568

was determined; and therein our said **COURT OF CRIMINAL APPEALS** made its order in these words:

"This cause came on to be heard on the Application for Writ of Habeas Corpus, and the same being considered, because it is the Opinion of this Court that the relief prayed for should be **GRANTED**, it is **ORDERED, ADJUDGED AND DECREED** that an **out-of-time Petition for Discretionary Review** is **GRANTED**, in accordance with the Opinion of this Court, and that this Decision be certified below for Observance."

**WHEREFORE,** We command you to observe the order of our said **COURT OF CRIMINAL APPEALS** in this behalf and in all things have it duly recognized, obeyed and executed.

WITNESS, **THE HONORABLE MICHAEL J. McCORMICK,** Presiding Judge

of our said **COURT OF CRIMINAL APPEALS,**

with the Seal thereof annexed, at the City of Austin,

this 15th day of NOVEMBER, A.D. 1999.

**TROY C. BENNETT, JR.,** Clerk

_____, Deputy Clerk
Dianna Sobotik



FILED IN
COURT OF APPEALS

NOV 1 8 1999

LISA ROMBOK
CLERK, 5th DISTRICT

# IN THE COURT OF CRIMINAL APPEALS
## OF TEXAS

### No. 73,568

### EX PARTE GILBERT FLORES ARGUMANIZ, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## FROM DALLAS COUNTY

*The opinion was delivered per curiam.*

### OPINION

This is a post-conviction application for a writ of habeas corpus forwarded to this Court pursuant to Article 11.07, V.A.C.C.P. Applicant was convicted of the offense of murder in Cause Number F96-02383-UL in the Criminal District Court Number 5 of Dallas. The conviction was affirmed by the Court of Appeals. Argumaniz v. State, No. 05-96-01994-CR (Tex.App. - Dallas, delivered July 31, 1998, no pet.). In the instant petition Applicant contends he was denied his right to petition this Court for discretionary review due to his attorney's ineffective representation in that his attorney failed to inform him of his right to petition this Court for

discretionary review following the affirmance of his conviction. The trial court recommends that relief be granted. We agree with the recommendation.

Habeas corpus relief is granted and applicant is granted leave to file an out-of-time petition for discretionary review from his conviction in Cause Number F96-02383-UL from the Criminal District Court Number 5 of Dallas County, Texas. The proper remedy in a case such as this is to allow the applicant to file his petition for discretionary review with the Court of Appeals within thirty (30) days of the issuance of the mandate of this Court in this cause. He may then follow the proper procedures in order that a meaningful appeal from his conviction may be taken.

EN BANC
DO NOT PUBLISH

DELIVERED: October 20, 1999

A True Copy
Attest:
Troy C. Bennett, Jr., Clerk
Court of Criminal Appeals of Texas

By _____
Deputy